NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


ANTWOINE GERARD NOLAND,                )
DOC #122053,                           )
                                       )
            Appellant,                 )
                                       )
v.                                     )        Case No. 2D16-5466
                                       )
STATE OF FLORIDA,                      )
                                       )
            Appellee.                  )
_____ )

Opinion filed March 28, 2018.

Appeal from the Circuit Court for
Hillsborough County; Kimberly K.
Fernandez, Judge.

Howard L. Dimmig, II, Public Defender,
and Pamela H. Izakowitz, Assistant Public
Defender, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and David Campbell,
Assistant Attorney General, Tampa, for
Appellee.

PER CURIAM.


            Affirmed.


CASANUEVA, SILBERMAN, and BLACK, JJ., Concur.